[No. 10777–1–I.   Division One.   January 25, 1984.]

TIMOTHY McGILVRAY, *Respondent,* v. ERROL C. HENDRIKSEN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–08790–6, Jim Bates, J., entered September 10, 1981. *Dismissed* by unpublished opinion per Swanson, J., concurred in by Durham, C.J., and Corbett, J.

[No. 12267–3–I.   Division One.   January 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES LEE GARRISON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–8–03163–3, Robert E. Dixon, J., entered September 13, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Swanson, J.

[Nos. 12413–7–I; 12876–1–I.   Division One.   January 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN B. GRIER, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY GERHARD HUGHES, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 82–1–01051–9, 82–1–02213–2, H. Joseph Coleman and Lee Kraft, JJ., entered October 6, 1982, and February 1, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Callow, JJ.